1
2
3
4
5               IN THE UNITED STATES DISTRICT COURT
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7

| 8 | UNITED STATES OF AMERICA, | Case No. 17-cv-05110-CRB |
|---|---|---|
| 9 | Plaintiff, | |
| 10 | v. | **ORDER DISMISSING CASE WITH PREJUDICE** |
| 11 | JILL B. PURCELL, | |
| 12 | Defendant. | |

13      Pursuant the parties' stipulation, this case is hereby **DISMISSED WITH**

14 **PREJUDICE**.

15      Dated: Dec. 6, 2017

16                           CHARLES R. BREYER
                          United States District Judge

17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California